# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Joshua E. Abraham
212 374 5370
abraham@butzel.com

477 Madison Avenue Suite 1230
New York, New York  10022
**T:** 212 818 1110  **F:** 212 818 0494
**butzel.com**

August 27, 2020

*Via ECF*

Hon. Lorna G. Schofield
United States District Court for
the Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED.  The initial pretrial conference ("IPTC") scheduled for September 3, 2020, is **adjourned** to **October 1, 2020**, at **10:30 AM**.  The parties are reminded that their joint conference materials are due at least seven days before the IPTC, or by **September 24, 2020**.

So Ordered.

Dated:   August 28, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   Request to Adjourn Conference
      *Globe Interactive Media, Inc. v. TV Media, Inc.*,
      Case No. 1:20-cv-05099-LGS

Dear Judge Schofield,

I represent plaintiff Globe Interactive Media, Inc. ("GIM") in the above-referenced action. I write to request that the initial conference currently scheduled for September 3, 2020, at 10:30 a.m. be adjourned for 30 days on the grounds that GIM has not yet been able to serve defendant TV Media, Inc. in Canada with the complaint.  GIM anticipates that service will be completed in the coming weeks, at which time the undersigned will be able to confer with TV Media's counsel in respect of the issues required to be addressed in the Court's initial conference Order (Dkt. No. 9).  This is GIM's first request for an adjournment of the initial conference in this action.

Very truly yours,

Joshua E. Abraham