# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Application GRANTED in part. The initial conference currently scheduled for October 1, 2020, at 10:30 a.m., is **adjourned** sine die, as is the requirement to file pre-conference submissions seven calendar days in advance of the initial conference.  Plaintiff shall file a status letter by **October 19, 2020**, and every 30 days thereafter, updating the Court as to the status of service, in light of Plaintiff's representation that service on Defendant per the Hague Convention may take six months due to a backlog within Canada's central authority from the COVID-19 pandemic (Dkt. No. 12).  If and when Plaintiff learns that service on Defendant has been effectuated, Plaintiff shall notify the Court by letter within two calendar days.  The Clerk of Court is respectfully directed to close the docket entry at #12.

SO ORDERED.

Dated:  September 17, 2020
        New York, New York

**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

Re:  Second Request to Adjourn Initial Conference
     *Globe Interactive Media, Inc. v. TV Media, Inc.,*
     <u>Case No. 1:20-cv-05099-LGS</u>

Dear Judge Schofield,

I represent plaintiff Globe Interactive Media, Inc. ("GIM") in the above-referenced action. I write to request that the initial conference currently scheduled for October 1, 2020, at 10:30 a.m. be adjourned on the grounds that GIM has not yet been able to serve defendant TV Media, Inc. in Canada pursuant to the Hague Convention.  This is GIM's <u>second</u> request for an adjournment of the initial conference.  While GIM previously anticipated that service would be completed in a matter of weeks (*see* ECF No. 10), GIM has since been informed by its international process server of a significant backlog within Canada's central authority due to the COVID-19 pandemic.  GIM is informed that Canada's central authority is currently processing requests that were filed in March 2020.  Therefore, GIM now anticipates that it may take as long as an additional 6 months to complete service.  Accordingly, GIM respectfully requests that the Court adjourn the initial conference for 180 days, or a different period at the Court's discretion.  In the event service is completed earlier than anticipated, GIM will timely inform the Court so that an initial conference can be scheduled as soon as possible.

Very truly yours,

Joshua E. Abraham