UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GLOBAL INTERACTIVE MEDIA, INC.,                             :
                                    Plaintiff,              :   20 Civ. 5099 (LGS)
                                                            :
                    -against-                               :   ORDER
                                                            :
TV MEDIA, INC.,                                             :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated September 17, 2020 (Dkt. No. 17), directed Plaintiff to file a status letter every 30 days updating the Court on Plaintiff's efforts to serve Defendant in Canada through the Hague Convention.

WHEREAS, a status letter was due on January 18, 2021, but has not been filed. It is hereby

**ORDERED** that by **January 20, 2021**, Plaintiff shall file a letter apprising the Court of the status of service.

Dated: January 19, 2021
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**