

Joshua E. Abraham
**212 374 5370**
abraham@butzel.com

477 Madison Avenue Suite 1230
New York, New York 10022
**T:** 212 818 1110  **F:** 212 818 0494
**butzel.com**

May 12, 2021

*Via ECF*

Hon. Lorna G. Schofield
United States District Court for
the Southern District of New York
40 Foley Square
New York, NY 10007

> The application is GRANTED in part.  The initial pre-trial conference scheduled for June 10, 2021, at 11:00 a.m., is **adjourned** to **July 1, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333.  The parties are reminded that their pre-conference materials are due by **June 24, 2021**.  No further extensions will be granted absent extraordinary circumstances.
>
> SO ORDERED
>
> Dated:  May 13, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re: Second Letter Motion to Adjourn Initial Pre-Trial Conference
*Globe Interactive Media, Inc. v. TV Media, Inc.*,
Case No. 1:20-cv-05099-LGS

Dear Judge Schofield:

I represent plaintiff Globe Interactive Media, Inc. ("GIM") in the above-referenced action. On May 7, 2021, GIM informed the Court that it had completed service of the summons and complaint upon Defendant TV Media, Inc. in Canada pursuant to The Hague Convention. *See* Dkt. No. 22. On May 10, 2021, the Court entered an order scheduling a pre-trial conference for June 10, 2021. *See* Dkt. No. 23.

The undersigned has since been contacted by TV Media's local counsel in Saskatoon, Saskatchewan, who requested that GIM seek a 30-day adjournment of the pre-trial conference to afford TV Media sufficient time retain counsel in this jurisdiction, and to prepare a responsive pleading. GIM consented to this request and agreed to move the Court for this adjournment.

This is GIM's second letter-motion to adjourn the initial pre-trial conference. The first request was made on August 28, 2020, to permit GIM sufficient time to complete service. *See* Dkt. No. 10.

Very truly yours,

Joshua E. Abraham