UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GLOBAL INTERACTIVE MEDIA, INC.,  :
                              Plaintiff,  :     20 Civ. 5099 (LGS)
                                :
             -against-  :     ORDER
                                :
TV MEDIA, INC.,  :
                              Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, Defendant has filed a letter regarding a proposed motion to dismiss (Dkt. No. 35). Plaintiff opposes (Dkt. No. 37). It is hereby

     **ORDERED** that by **July 15, 2021**, Defendant shall file its motion to dismiss. By **August 5, 2021**, Plaintiff shall file its opposition. By **August 12, 2021**, Defendant shall file its reply. All submissions shall be per the Individual Rules.

Dated: June 24, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE