UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
GLOBAL INTERACTIVE MEDIA, INC.,

        Plaintiff,    20 Civ. 5099 (LGS)

   -against-       ORDER

TV MEDIA, INC.,

        Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the initial pretrial conference in this matter is scheduled for July 1, 2021, at 11:00 a.m.

  WHEREAS, the Order, dated June 25, 2021 (Dkt. No. 40), set a briefing schedule for Defendant's pending motion to dismiss the Complaint for failure to state a claim and for patent ineligibility under 35 U.S.C. § 101. Defendant requests a stay of discovery pending resolution of that motion.

  WHEREAS, a discovery stay may be entered upon the moving party's showing of "good cause," Fed. R. Civ. P. 16(b)(4), or "where resolution of a preliminary motion may dispose of an entire action." *Thai Lao Lignite (Thailand) Co. v. Gov't of Lao People's Democratic Republic*, 924 F. Supp. 2d 508, 527 (S.D.N.Y. 2013). A discovery stay is warranted because Defendant's motion may dispose of the entire action. Accordingly, it is hereby

  **ORDERED** that the initial pre-trial conference scheduled for July 1, 2021, is **cancelled**. It is further

  **ORDERED** that discovery is **stayed** pending resolution of Defendant's motion to dismiss. No case management plan shall issue at this time.

Dated: June 28, 2021
   New York, New York

                   LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE